316 So.2d 223

**In re Timothy E. STEPHENS**

**v.**

**STATE of Alabama.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 1321.**

Supreme Court of Alabama.

July 17, 1975.

William J. Baxley, Atty. Gen., Jack A. Blumenfeld, Asst. Atty. Gen., for petitioner.

None for respondent.

JONES, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Stephens v. State,* 55 Ala.App. 391, 316 So.2d 221.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.

■

316 So.2d 227

**In re Charles C. STINSON**

**v.**

**STATE.**

**Ex parte Charles C. Stinson.**

**SC 1365.**

Supreme Court of Alabama.

July 17, 1975.

Mike McCormick, Birmingham, for petitioner.

MERRILL, Justice.

Petition of Charles C. Stinson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Stinson v. State, 55 Ala.App. 393, 316 So.2d 224.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.